## Case No. 7,964.

### The LABUAN.

[Blatchf. Pr. Cas. 165.] [1]

District Court, S. D. New York. May, 1862.

PRIZE—RESTORATION.

Vessel and cargo restored. The question of costs and damages reserved.

In admiralty.

BETTS, District Judge. In this case a decree for the restitution of the vessel and cargo is rendered. The question of costs and damages against the libellants is reserved for after consideration, whenever the same is regularly called to the attention of the court, at the instance of either party interested therein.